**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

KATHERINE ROBINSON                                                                        PLAINTIFF

VS.                              CIVIL ACTION NO. 3:12CV00077 DPM/JTR

BEELMAN TRUCK COMPANY, et al.                                               DEFENDANTS

## ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 09/05/2013. The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 5th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE