**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO  DIVISION**


KATHERINE ROBINSON                                                                          PLAINTIFF


VS.                              CIVIL ACTION NO. 3:12CV00077 DPM/JTR


BEELMAN TRUCK COMPANY, et al.                                            DEFENDANTS


### ORDER

The parties have reached a settlement following a conference before United States Magistrate

Judge J. Thomas Ray held on 09/05/2013.  The settlement agreement which the Court dictated into

the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall

not be disclosed without a court order.

IT IS SO ORDERED, this 5th day of September, 2013.


_____
UNITED STATES MAGISTRATE JUDGE